# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-210-RFB |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| JEREMY ROBERT THOMPSON TOLLE, | ) | |
| Defendant. | ) | |

The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by defendant Jeremy Robert Thompson Tolle to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant Jeremy Robert Thompson Tolle pled guilty. Criminal Information, ECF No. 6; Plea Agreement, ECF No. 8; Arraignment and Plea, ECF No. 10; Amended Preliminary Order of Forfeiture, ECF No. 18.

This Court finds the United States of America published the notices of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 1, 2017, through September 30, 2017, and January 11, 2018, through February 9, 2018, notifying all potential third parties of their right to petition the Court. Notices of Filing Proof of Publication, ECF Nos. 20 and 29.

This Court finds the United States of America notified known third parties by personal service, or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notices of Filing Service of Process – Personal Service, ECF Nos. 23 and 27.

On November 7, 2017, the United States Marshals Service personally served Esther Tolle with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 23.

On January 18, 2018, the United States Marshals Service personally served Esther Tolle with copies of the Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 27.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Hewlett Packard Pavilion Desktop Computer Model a6000, S/N CN27191H7X;
2. Samsung HD400LJ 400 GB HDD, S/N SOSWJ1SP400128;
3. SanDisk Extreme HD Video memory card, 16GB, S/N BL1127016231G;
4. Flight Safety International thumb drive with SkyJump case, 2GB;
5. Mini game card;
6. PNY thumb drive with case, 16 GB;
7. Apple iPad Model A1395, 16 GB, S/N DVPH71SCDFHW;

8. ASUS Laptop with power adapter, Model X502CA-TS31, S/N D3N0AS16633411A;

9. Seagate HDD, Model ST320LT012, 320 GB, S/N W0V1FLR4;

10. Fujifilm SmartMedia Card with adapter, 4MB, S/N 9852HAK;

11. Sony Playstation 3 with controller, power cord, and HDMI cable, S/N CG179937572-CECH-2001A;

12. Fifty-nine (59) CDs;

13. Samsung Chrome Notebook with power adapter, Model XE303C12-A01US, S/N HY3A91MD606876F;

14. Sony Nex-5 camera with charger and SD card, S/N 1820340;

15. Three (3) CD-Rs;

16. Barnes & Noble Nook, Model BNRV200, S/N XHHBNRV200-A;

17. Verizon cell phone UT Starcom, Model CDM7076PP, S/N F0925000196;

18. Twenty-two (22) CDs;

19. Cruzer Glide 16GB Flash Drive; and

20. Blue 2GB Flash Drive

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 20th day of March, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on March 13, 2018.

/s/ *Priscila Matera Whalen*
PRISCILA MATERA WHALEN
FSA Paralegal